UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
SAID GSSIME,

                                              Plaintiff,            9:06-CV-1499
                                                                         (DNH)(GJD)

      v.

MR. CADIAN, D.S.S.; C.O. PIZZOTTO,

                                              Defendants.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| SAID GSSIME<br>Plaintiff, *pro se* | |
| OFFICE OF THE ATTORNEY GENERAL<br>State of New York<br>Counsel for Defendants | MARIA MORAN, Esq.<br>Assistant Attorney General |

GUSTAVE J. DI BIANCO, U.S. MAGISTRATE JUDGE

## ORDER

     Plaintiff Said Gssime has filed a motion to compel discovery. Dkt. No. 21. By his motion, plaintiff seeks an order directing defendants to respond to his Interrogatories and Request for Production of Documents.

     Plaintiff states that he served discovery requests on defendants' counsel or about March 2, 2007. Dkt. No. 21 at 1. A second set of interrogatories was served on April 29, 2007. According to plaintiff, no responses had been provided as of September 19, 2007, when he filed his motion to compel.

     Defendants filed papers in opposition to plaintiff's motion. Dkt. No. 23. In that response, counsel states that responses to plaintiff's outstanding discovery

requests were served on plaintiff on November 6, 2007.[1]  On the basis of those responses, defendants urge that plaintiff's motion to compel be denied as moot.  *Id*.

Plaintiff has not indicated to the Court that he believes that defendants have failed to fully respond to his discovery requests or that the objections stated thereto are not legally sufficient.  Moreover, in light of plaintiff's *pro se* status, the Court has reviewed the responses and has determined that defendants substantially complied with plaintiff's discovery requests or stated valid objections thereto.  Plaintiff's motion to compel is therefore denied as moot.

**WHEREFORE**, based upon the foregoing, it is hereby

**ORDERED**, that plaintiff's motion to compel (Dkt. No. 21) is **DENIED AS MOOT**, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties.

Dated: November 28, 2007

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge

---

[1] Copies of the discovery responses were attached to defendants' motion response.